IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAVEL KISLYAK, | ) | 4:12CV3007 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL H. POWELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. The above-captioned matter was provisionally filed on January 9, 2012. (Filing No. 1.) However, due to the fact that Kislyak has failed to pay the $350.00 filing fee. He has the choice of either tendering the $350.00 fee to the clerk of the court or submitting a request to proceed in forma pauperis and an affidavit of poverty in support thereof. If Kislyak chooses to do the latter, the enclosed pauper's forms should be completed and returned to this court. **FAILURE TO PAY THE FILING FEE OR REQUEST TO PROCEED IN FORMA PAUPERIS WILL RESULT IN DISMISSAL OF THE COMPLAINT.**

IT IS THEREFORE ORDERED that:

1. The plaintiff, Pavel Kislyak, is directed either to (1) tender a $350.00 fee to the clerk of the court or (2) submit a request to proceed in forma pauperis and an affidavit of poverty in support thereof on or before **February 22, 2012.**

2. Failure to comply with this Memorandum and Order will result in dismissal of this matter without further notice.

3. The clerk of the court is directed to send to the plaintiff, Pavel Kislyak, the Form AO 240, Application to Proceed Without Prepayment of Fees and Affidavit.

4. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: **February 22, 2012**: deadline for payment or filing of IFP application.

Dated January 31, 2012.

                           BY THE COURT

                           s/ Warren K. Urbom
                           United States Senior District Judge

.