IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAVEL KISLYAK, | ) | 4:12CV3007 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| MICHAEL H. POWELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. On January 31, 2012, in my Memorandum and Order (ECF No. 4) I informed Pavel Kislyak, (Kislyak) that his complaint could not be further processed until he either paid the $350.00 filing fee or submitted a request to proceed in forma pauperis and an affidavit of poverty in support thereof. (Filing No. 4.) In doing so, I warned Kislyak that failure to comply with the memorandum and order may result in the dismissal of this matter. (*Id*.) Kislyak neither paid the filing fee nor submitted a request to proceed in forma pauperis by my deadline. (*See* Docket Sheet.)

    IT IS THEREFORE ORDERED that:

    1.    This matter is dismissed without prejudice because Kislyak failed to prosecute this matter diligently and failed to comply with this court's orders.

2.      A separate judgment will be entered in accordance with this Order of Dismissal.

Dated February 29, 2012.

                        BY THE COURT

                        s/ Warren K. Urbom
                        United States Senior District Judge